# EXHIBIT A



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Shabanova Valentino (F 35),

Defendant.

MISDEMEANOR

[redacted]

Police Officer Daniel Balsdon, Shield # 31115 of the 25th Precinct, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 120.00(1) | Assault in the Third Degree (defendant # 1 : 1 count) |
| 2 | PL 120.00(2) | Assault in the Third Degree (defendant # 1 : 1 count) |
| 3 | PL 110/120.00(1) | Attempted Assault in the Third Degree (defendant # 1 : 1 count) |
| 4 | PL 240.26(1) | Harassment in the Second Degree (defendant # 1 : 1 count) |

On or about April 15, 2024 at about 07:55 PM, inside 1626 Park Avenue; in the County and State of New York, the defendant, with intent to cause physical injury to another person, caused such injury to another person; the defendant recklessly caused physical injury to another person; the defendant, with intent to cause physical injury to another person, attempted to cause such injury to another person; the defendant, with intent to harass, annoy and alarm another, subjected that person to physical contact and attempted and threatened to do the same;

*The factual basis for these charges are as follows:*

I am informed by [redacted], of an address known to the District Attorney's Office, that he observed the defendant strike him about the face multiple times, causing a laceration above his right eye and substantial pain.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

Police Officer Daniel Balsdon

4/16/24
Date

1300
Time