Exhibit C

# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS: ARR PRC CMPL** | **Arrest ID: M24618854 - M**

**Arrest Location: INSIDE OF 1626 PARK AVENUE** | **Pct: 025**

**Arrest Date: 04-15-2024**
**Time: 20:25:00**
Sector: C
Strip Search Conducted: NO
Viper Initiated Arrest: NO
Stop And Frisk: NO
Serial #: 0000-000-00000

Processing Type: ON LINE
DCJS Fax Number: MO013468
Special Event Code: NO - NOT APPLICABLE
DAT Number:
ICAD#
Return Date: 0000-00-00

Current Location of Perpetrator:
Borough: Manhattan
Type: ALL PD LOCATIONS
Location: 025 PRECINCT

**DAT Declined Reason(s):**

[redacted]

**COMPLAINTS:** Arrest #: M24618854

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2024-025-02728 | 2024-04-15 | Valid, Initial Arrests made | 2024-04-15 | 16:45 |

**CHARGES:** Arrest #: M24618854

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION | LARCENY TYPE |
|---|---|---|---|---|---|---|---|
| TOP | Yes | PL 120.05 01 | F | D | 1 | ASLT W INT CAUS SERIOUS PH INJ | |

| How Arrest came about: | | # Injuries: 00 | # Fatalities: 00 | Test Given: | | Reason Vehicle Not Forfeit: | | |
|---|---|---|---|---|---|---|---|---|
| Blood Specimen Taken: | Blood Specimen Refused: | Urine Specimen Taken: | Urine Specimen Refused: | Oral Fluid Specimen Taken: | Oral Fluid Specimen Refused: | Breath Sample Refused: | Breath Sample Reading: | BrAC: 0.0 |
| Role: IDTU Technician | Department: NYPD | Tax: 0 | Command: | Shield: 0 | Rank: | Last Name: | First Name: | MI: / IDTU/Blood Case No: |
| Role: Point Person | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |
| Role: Supv in Charge of Checkpoint | Department: | Tax: | Command: | Shield: | Rank: | Last Name: | First Name: | MI: |

**DETAILS:** Arrest #: M24618854

Was the defendant recording police-related activity at time of arrest?
NO

AT TP CV STATES PERP WITH INTENT TO CAUSE SPI DID STRIKE CV WITH A BLOUNT OBJECT CAUSING INJURIES TO THE RIGHT EYE SGT ORTEGA ON SCENE 25 PDU NOTIFIED BWC AVAILABLE

**DEFENDANT: VALENTINO, SHABANOVA** | NYSID #: | Arrest #: M24618854

Nick/AKA/Maiden:
Sex: FEMALE
Race: WHITE
Age: 35
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO
Identification ID: None
Identification #:
Physical Condition: APPARENTLY NORMAL
Drug Used: NONE

Height: 5FT 6IN
Weight: 130
Eye Color: GREEN
Hair Color: UNKNWN
Hair Length: BALD
Hair Style: BALD
Skin Tone: LIGHT
Complexion: CLEAR
Soc.Security #:
Occupation: UNKNOWN
Lic/Permit Type:
Lic/Permit No:

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Relation to Victim: STRANGER
Living together: NO
Can be Identified: YES
Veteran: NO

Suspected Gang Member: NO
Name:
Reason for Suspected Gang Member Designation:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 165 EAST 112 STREET | MANHATTAN | NEW YORK | | 12E | 023 |

Phone # and E-Mail Address:
HOME: NONE
CELL: NONE
BUSINESS:NONE
E-MAIL: NONE

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty: NO
Development: N.Y.C. Transit Employee: NO

Physical Force:NONE

Gun:
Weapon Used/Possessed: USED/DISPLAYED Make: Recovered:
Non-Firearm Weapon: BLUNT INSTRUMENT Color: Serial Number Defaced:
Other Weapon Description: Caliber: Serial Number:
Type:
Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | N/A |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | ASSAULT 2 |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - RED |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - RED |
| CLOTHING | FOOTWEAR - SNEAKERS - WHITE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

## JUVENILE DATA:
Arrest #: M24618854

Relative Notified: Personal Recog:
Number Of Priors: 0 Name:
School Attending: Phone Called:
Mother's Maiden Name: Time Notified:

## ASSOCIATED ARRESTS:
Arrest #: M24618854

| ARREST ID | COMPLAINT # |
|---|---|

No Vehicles for Arrest #

## DEFENDANTS CALLS:
Arrest #: M24618854

| CALL # | NUMBER DIALED | NAME - PROVIDED BY DEFENDANT | NAME AS LISTED IN CELL PHONE | RELATIONSHIP | CALL COMPLETED |
|---|---|---|---|---|---|
| 1 | - - | REFUSED,REFUSED | REFUSED | | NO |

## INVOICES:
Arrest #: M24618854

| INVOICE# | COMMAND | PROPERTY TYPE | VALUE |
|---|---|---|---|

## ARREST RULES:
Arrest #: M24618854

ORIGINAL ARREST PROCESSING TYP : O
OFFENCE DATE : 04/15/2024
AGE AT TIME OF OCCURRENCE : 35
AGE BAND : C_RTA_2019
JUV. OFFENDER CHARGE : , IS JUV .OFFENDER : FALSE
JUV. DELINQUENT CHARGE : , IS JUV.DELINQUENT : FALSE
JUV. ADOLESCENT CHARGE : , IS ADOLESCENT : FALSE

**ARRESTING OFFICER:** PO DANIEL R BALSDON

**Arrest #:** M24618854

Tax Number: 969505
Other ID (non-NYPD): 0
Shield: 31115
Department: NYPD
Command: 025

On Duty: YES
In Uniform: YES
Squad: C2
Chart: 05
Primary Assignment: BEAT OFFICER

**Force Used:** NO - No Force Used by any MOS
Type:
Reason:
Officer Injured: NO
Officer Body Worn Camera: YES
TRI Number: 0000-000-00000 Suffix: 0

| | | | |
|---|---|---|---|
| Arresting Officer Name: PO BALSDON, DANIEL R | Tax #: 969505 | Command: 025 | Agency: NYPD |
| Supervisor Approving: SGT ORTEGA NORMAN A | Tax #: 947823 | Command: 025 | Agency: NYPD |
| Report Entered by: PO BALSDON, DANIEL | Tax #: 969505 | Command: 025 | Agency: NYPD |

END OF ARREST REPORT
M24618854

Print this Report

# New York City Police Department
## Omniform System - Complaints

| Report Cmd: | Jurisdiction: | ICAD#: | Record Status: | Public Omni | Complaint #: | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|
| 025 | N.Y. POLICE DEPT | | Ready for Signoff, No Arrest | NO | 2024-025-002728 | | |

**Occurrence Location:** INSIDE OF 1626 PARK AVENUE
Name Of Premise:
Premises Type: CHAIN STORE
Location Within Premise:
Visible By Patrol?: NO

**NYC Parks Dept. Property**
Did this offense occur on NYC Parks Dept. Property? NO
Command:
NYC Parks Dept. Property Name:

Precinct: 025
Sector: C
Beat:
Post: 14

**Occurrence From:** 2024-04-15 16:45 MONDAY
Occurrence thru: 2024-04-15 20:00
Reported: 2024-04-15 20:24
Complaint Received: RADIO

Aided # 000001608
Accident #
O.C.C.B. #

**Classification:** ASSAULT
Attempted/Completed: COMPLETED
Most Serious Offense Is: FELONY
PD Code: 109 ASSAULT UNCLASSIFIED
PL Section: 12005
Keycode: 106 ASSAULT-FELONIOUS

**Case Status:** CLOSED
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
Clearance Arrest Id:
Clearance AO Cmd:
File #: 6
Prints Requested? NO

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | Larceny Type | IBR# | Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 120 ASSAULT | COMPLETED | 109 | ASSAULT UNCLASSIFIED | PL 120.05 02 | ASLT W/INT CAUSE PH INJ W/WEAP | | 13A | Felony | ARGUMENT | | NONE / UNKNOWN |

Confirmed Shots Fired?
NO

Possible Hate Crime ?
NO

Is This Related To Stop And Frisk Report: NO
SQF Number: 0000-000-00000
Was The Victim's Personal Information Taken Or Possessed? NO
Was The Victim's Personal Information Used To Commit A Crime? NO

Gang Related? NO
Detective Borough Wheel Log #:
Name Of Gang:
Child Abuse Suspected? NO

DIR Required? NO
Child in Common? NO
Intimate Relationship? NO
Officer Body Worn Camera: YES

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
- -
Crime Prevention Survey Requested?:
Complaint/Reporter Present?:

**If Arson:**
Structure:
Occupied?:
Damage by:

**Taxi Robbery:**
Partition Present:
Amber Stress Light Activated:
Method of Conveyance:
Location of Pickup:

Supervisor On Scene - Rank / Name / Command : SGT ORTEGA 025
Canvas Conducted: NO
Translator(if used):

NARRATIVE:
AT TPO CV STATES PERP WITH INTENT TO CAUSE SPI DID STRIKE CV WITH A BLOUNT OBJECT CAUSING INJURIES TO THE RIGHT EYE. SGT ORTEGA ON SCENE 25 PDU NOTIFIED BWCAVAILABLE

**No NYC TRANSIT Data for Complaint # 2024-025-002728**

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 0 | 1 |

## VICTIM: # 1 of 1

Name: [redacted]

Complaint#: 2024-025-002728

Nick/AKA/Maiden:
UMOS: NO
Sex/Type: MALE / INDIVIDUAL
Race: BLACK
Age: 34
Date Of Birth: [redacted]
Disabled? NO
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
N.Y.C.H.A Resident? NO
Is Victim fearful for their safety / life? YES
Escalating violence / abuse by suspect? YES
Were prior DIR's prepared for C/V? NO

Suspected Gang Member: NO
Name:

Will View Photo: YES
Will Prosecute: YES
Notified Of Crime Victim Comp. Law: YES

Other MOS Agency:
Type of Officer Activity/Circumstances:
Officer Assignment Type:
Level of Injury: SERIOUSLY PHYSICALLY INJURED
Type of Injury: OTHER MAJOR INJURY
Medical Treatment: TREATED AT SCENE

LOCATION ADDRESS CITY [redacted] OOM
HOME-PERMANENT [redacted]

Phone #: HOME: Not Provided/Unavailable [redacted] CELL: [redacted] BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not

| Victim was: | Shot | Stabbed | Slashed |
|---|---|---|---|
| | NO | NO | NO |

Actions Of Victim Prior To Incident:
ERRANDS

Victim Of Similar Incident:
NO

If Yes, When And Where

## WANTED: # 1 of 1

Name: VALENTINA, SHABANOVA

Complaint#: 2024-025-002728

Arrested: NO

Nick/AKA/Maiden:
Sex: FEMALE
Race: WHITE
Age: 35
Date Of Birth: [redacted]
U.S. Citizen: YES
Place Of Birth:
Is this person not Proficient in English?: NO
If Yes, Indicate Language:
Accent: NO

Height: 5FT6IN
Weight: 130
Eye Color: GREEN
Hair Color: OTHER
Hair Length: BALD
Hair Style: BALD
Skin Tone: LIGHT
Complexion: CLEAR
Offender Condition: APPARENTLY NORMAL
S.S.#: 0

Order Of Protection: NO
Issuing Court:
Docket #:
Expiration Date:
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: STRANGER
Living together: NO
Can be Identified: YES

Suspected Gang Member: NO
Name:

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|
| HOME-PERMANENT | 165 EAST 112 STREET | MANHATTAN | NEW YORK | | 12E | | 023 |

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO N.Y.C. Housing Employee: NO On Duty: NO
Development: N.Y.C. Transit Employee: NO

### Weapons:

# 1
Physical Force/Weapon: USED
Physical Force/Weapon Type: BLUNT INSTRUMENT
Physical Force/Weapon Sub Type:
Specific Physical Force/Weapon Type:
Other Weapon Description:

Firearm Recovered:
Discharged: NO
Make:
Color:
Caliber:

Serial Number Defaced:
Serial Number:

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:

**Metro Card Used/Poses:**
**Card #:**

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | N/A |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | ASSAULT 2 |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | OUTERWEAR -SWEAT SHIRT OR JOGGING JACKET -RED |
| CLOTHING | ACCESSORIES -SWEAT / JOGGING CLOTHES -RED |
| CLOTHING | FOOTWEAR -SNEAKERS -WHITE |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2024-025-002728**

**SCRATCH COPY:** [redacted]

1 [redacted]

**COMPLAINT ASSOCIATIONS:** Complaint # 2024-025-002728

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | VALENTINA, SHABANOVA | STRANGER | Yes | PL 120 | USED | BLUNT INSTRUMENT | | | |

**NOTIFICATIONS / ADDITIONAL COPIES:** Complaint # 2024-025-002728

**Notifications to:**

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| SGT | ORTEGA | 25SGT | |
| DET | BEYRODT | | |

| Name | Tax #: | Command: | Rep.Agency: |
|---|---|---|---|
| Reporting/Investigating M.O.S. Name: PO BALSDON DANIEL | 969505 | 025 PCT | NYPD |
| Supervisor Approving Name: SGT BREITFELLER BRI | 952487 | 025 PCT | NYPD |
| Complaint Report Entered By: PO BALSDON | 969505 | 025 PCT | NYPD |
| Signoff Supervisor Name: | 000000 | | |

**END OF COMPLAINT REPORT**
**# 2024-025-002728**