Exhibit "D"

# NEW YORK COUNTY ARREST PAPERWORK COVERSHEET

A/O Name BALSDON DANIEL Tax # 969505

Command Phone # 212860[redacted] Dept. Phone # 929213[redacted]

Dept. Email Address DANIEL.BALSDON[redacted]

Squad/RDO's C2 Tour # 4 Agency (if not NYPD)

Arrest # M24618854M Deft. Name VALENTINA SHABANOVA

Date of Arrest 04/15/2024 Time of Arrest 2025 Cmd of Arrest 25

Does Deft. have multiple arrest? No

**SCANNING** – **Scan the arrest paperwork for one (1) arrest at a time.** If a defendant has multiple arrests or an arresting officer has multiple defendants, **EACH ARREST MUST BE SENT SEPERATELY.**

**CALL TO CONFIRM** – Call M.A.P (*Manhattan Arrest Processing*) at 100 Centre St, ECAB to confirm each deft's paperwork has been received. ***(212) 374-2877 (212) 374-6658 (212) 374-6657***

**ECAB District Attorney's Office:** (212) 335-[redacted] (212) 335-[redacted]



(REV.10/2018)

**COMPLAINT REPORT WORKSHEET**
PD 313-152A (Rev. 07-22)

☑ **Complaint Report**
☐ **Juvenile Report**

ICAD No. D24041520025

Cmd./Pct. Taking Report: 25

**Jurisdiction Of Complaint:** ☑ **NYPD (Unless One Of The Following):**

☐ **NYPD Transit Bureau** ☐ **NYPD Housing Bureau** ☐ **Triborough Bridge And Tunnel Police** ☐ **Staten Island Rapid Transit Police**
☐ **Port Authority Police** ☐ **Health & Hospitals Corp. Police** ☐ **Long Island Railroad M.T.A.**
☐ **U.S. Park Police** ☐ **N.Y. State Police** ☐ **Metro North M.T.A.**
☐ **Amtrak Police** ☐ **Conrail Police** ☐ **Other**

Did This Offense Occur on NYC Parks Department Property? ☐ Yes ☐ No | Command | NYC Parks Department Property Name

| Location Of Occurrence | Address | County | Zip Code | Apt#/Room# |
|---|---|---|---|---|
| ☑ Inside ☐ Rear Of ☐ In Front Of ☐ Opposite Of | 1626 Park Ave | NY | 10035 | |

Cross Streets & OR Intersection Of & — Corner ☐N/E ☐N/W ☐S/E ☐S/W

| Military Time And Date Of This Report: | Time | Date | Occurrence On Or From | Time | Date | Day Of Week | Occurrence Through | Time | Date | Day of Week |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2024 | 4/15/24 | | 1945 | 4/15/24 | | | 2006 | 4/15/24 | |

| Pct. Of Occ. | Complaint # | Aided # | Accident # | Case Status | Unit Referred To | Log/Case # | File # |
|---|---|---|---|---|---|---|---|
| | 2728 | 1608 | | ☐ Open ☑ Closed | arrest | | |

Stop Report # | Confirmed Shots Fired ☐ Yes ☐ No | Was The Victim's Personal Information Taken Or Possessed? ☐ Yes ☑ No | Was The Victim's Personal Information Used To Commit A Crime? ☐ Yes ☑ No

Comp. Recd ☐ Walk-In ☐ Written ☑ Radio ☐ Phone ☐ Pick-Up | Visible By Patrol ☐ Yes ☑ No | Pct. Sector Of Occ. | Beat Of Occ. | Post Of Occ. | Possible Hate Crime ☐ Yes ☑ No | Prints Requested ☐ Yes ☑ No

Possibly Gang Related ☐Yes ☐No | If Yes, Detective Borough Wheel Log # | Name Of Gang | If Arson: ☐ Building ☐ Motor Vehicle ☐ Other Property ☐ Occupied ☐ Unoccupied | Damage Caused By: ☐ Explosion ☐ Fire ☐ Unk | Child Abuse Suspected ☐Yes ☑No

Domestic Incident Report Required Because Incident Involved Persons Belonging To The NYS Family Court Act Or NYPD Expanded Definition Of A Domestic Relationship? ☐ Yes ☑ No | Child in Common? ☐ Yes ☑ No | Intimate Relationship? ☐ Yes ☑ No | Body Worn Camera ☑ Yes ☐ No

**OFFENSES**

| | ATTEMPTED | COMPLETED | LAW | SECTION | SUB. | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| Top Off. | ☐ | ☑ | PL | 120 | 05 | D | F | 1 | assault 2 |
| 2nd Off. | ☐ | ☐ | | | | | | | |
| 3rd Off. | ☐ | ☐ | | | | | | | |
| 4th Off. | ☐ | ☐ | | | | | | | |
| 5th Off. | ☐ | ☐ | | | | | | | |
| 6th Off. | ☐ | ☐ | | | | | | | |
| 7th Off. | ☐ | ☐ | | | | | | | |
| 8th Off. | ☐ | ☐ | | | | | | | |
| 9th Off. | ☐ | ☐ | | | | | | | |
| 10th Off. | ☐ | ☐ | | | | | | | |

**PREMISES TYPE (Must Choose One)**

**Residential:** ☐ Homeless Shelter ☐ Residence – Private House ☐ Residence – Apt. Building ☐ Residence – Public Housing
**House Of Worship:** ☐ Church ☐ Synagogue ☐ Mosque ☐ Other
**School:** ☐ Public (NYC Dept Of Ed) ☐ Private/Parochial ☐ College/University ☐ Other
**Public Transportation:** ☐ Airport Terminal ☐ Bus (NYC Transit) ☐ Bus (Other) ☐ Bus Stop ☐ Bus Terminal ☐ Ferry/Ferry Terminal ☐ Taxi (Yellow Licensed) ☐ Taxi (Livery Licensed) ☐ Taxi/Livery (Unlicensed) ☐ Tramway ☐ Transit – NYC Subway ☐ Transit Facility (Other)

**Commercial:** ☐ ATM ☐ Bank ☐ Bar/Night Club ☐ Beauty & Nail Salon ☐ Book/Card Store ☐ Candy Store ☑ Chain Store ☐ Check Cashing Business ☐ Clothing/Boutique ☐ Commercial Building ☐ Daycare Facility ☐ Department Store ☐ Doctor/Dentist ☐ Drug Store ☐ Dry Cleaner/Laundry ☐ Factory/Warehouse ☐ Fast Food ☐ Gas Station ☐ Grocery/Bodega ☐ Gym/Fitness Facility ☐ Hospital ☐ Hotel/Motel ☐ Jewelry Store ☐ Liquor Store ☐ Loan Company ☐ Mobile Food Carts/Stands ☐ Photo/Copy Store ☐ Real Estate Office ☐ Restaurant/Diner ☐ Shoe Store ☐ Small Merchant ☐ Social Club/Policy Location ☐ Storage Facility ☐ Store Unclassified ☐ Supermarket ☐ Telecomm. Store ☐ Variety Store ☐ Video Store
**Indicate Name Of Business**__________

**Other:** ☐ Abandoned Building ☐ Bridge ☐ Cemetery ☐ Construction Site ☐ Highway/Parkway ☐ Marina/Pier ☐ Open Lot/Area ☐ Park/Playground ☐ Parking Lot/Garage ☐ Private ☐ Public ☐ Street ☐ Tunnel ☐ Public Building ☐ Mailbox Inside ☐ Mailbox Outside ☐ Other______
**Indicate Name If Known:**__________

**Exact Location Within Premises Type, If Known *(Choose One)*:**
☐ Apartment ☐ Basement ☐ Commercial Establishment ☐ Community Center ☐ Driveway ☐ Elevator ☐ Elevator Equipment Room ☐ Freight Elevator ☐ Garage ☐ Hallway ☐ Laundry Room ☐ Lobby/Door/Vestibule ☐ Maintenance/Storage Area ☐ Management Offices/Other Offices ☐ Parking Lot ☐ Play/Park Area ☐ Public Sidewalk ☐ Rest Room ☐ Roof ☐ Roof Top Landing ☐ Stairway ☐ Terrace ☐ Walkways ☐ Motor Vehicle: ☐ Car ☐ Motorcycle ☐ Truck ☐ Other______

If Burglary: Forcible Entry? ☐ Yes ☐ No ☐ Att. Forcible Entry ☐ Unknown (If Yes, Explain In Details) | If Burglary, Describe: ☐ Bldg. Commercial ☐ Garage ☐ Vehicle ☐ Bldg. Residential ☐ Building Other ☐ Truck ☐ Trailer ☐ Watercraft | Location of Entry: ☐ Rear ☐ Side ☐ Unknown ☐ Front ☐ Roof ☐ Other | Crime Prev. Survey Requested ☐ Yes ☐ No

Point of Entry: ☐ Security Gate ☐ Skylight ☐ Window ☐ Door ☐ Vent/Duct ☐ Wall ☐ Floor ☐ Other | Alarm Bypassed ☐Yes ☐No ☐ N/A | Alarm Company Responded ☐ Yes ☐ No ☐ N/A | Alarm Company Name And Telephone # | Complainant/Reporter Present During Burglary ☐ Yes ☐ No

DANA 011

Supervisor On Scene ☑ Yes ☐ No | Was Translator Used: ☐ Yes ☐ No — If Yes, Indicate Name, Address, Phone # and Language

**NYC TRANSIT SUBWAY SYSTEM**

N.Y.C. Transit Incident: ☐ Yes ☐ No | Station Of Occurrence | Line (# Or Letter) | Transit Post # | Transit District

Victim's Time And Station Of Entry Into Transit System, If Known: | Metro Card: ☐Lost ☐Stolen | Type: ☐Student ☐Senior Citizen ☐Transit Employee ☐Standard ☐Handicapped ☐Police | Metro Card: Serial # ____

☐ N/B Train ☐ S/B Train (Location On Train: ☐ Front ☐ Middle ☐ Rear Train Car # ____ )
☐ N/B Platform ☐ S/B Platform ☐ Booth # ____ ☐ Turnstile Area ☐ Mezzanine ☐ Stairs/Ramp/Escalator
☐ Elevator ☐ Tunnel/Track Area ☐ Passage Way ☐ Toilet Facility ☐ Street Stairway/St. Escalator ☐ Other ____

**N.Y.C.H.A.**

N.Y.C. Housing Authority Incident: ☐ Yes ☐ No | Name Of Development | Field Report Prepared ☐ Yes ☐ No | PSA # | Field Report #

**VICTIM**

Victim # 1 of 1 | Victim Type ☑ Individual ☐ Religious Organization ☐ Financial Institution ☐ Society/Public ☐ Government ☐ Business ☐ On Duty Law Enforcement Officer ☐ On Duty Firefighter | Disabled ☐ Yes ☑ No | Is Victim N.Y.C.H.A. Resident ☐ Yes ☑ No

If Business/Organization, List Name | Address | City | State | Zip | Room #

If Person, Last Name [redacted] First M.I. | Is This Person Not Proficient in English? ☐ Yes ☑ No | If Yes, Indicate Language

Nickname/Alias/Maiden Name | Sex ☑ Male ☐ Female | Date Of Birth [redacted] | Age | Race: ☐ White ☑ Black ☐ Am. Ind./Alaskan Native ☐ Asian/Pacific Is. ☐ Hisp. White ☐ Hisp. Black

Permanent Residence Address [redacted] ☐Homeless) | City Brooklyn | State/Country NY | Zip [redacted] Room #

Temporary Residence Address | City | State | Zip | Apt. # | For How Long?

Business Address | City | State | Zip | Apt.# / Room #

Home Phone No. ( ) - ☑ Not Provided/Unavailable Business No. ( ) ____ - ____ ☑ Not Provided/Unavailable

Cell Phone No. [redacted] ☐ Not Provided/Unavailable E-Mail Address ____ ☑ Not Provided/Unavailable

Gang/Crew Affiliation: ☐ Yes ☑ No | If Yes, Indicate Name Of Gang/Crew | Gang/Crew Identifiers (Colors, Beads, Tattoos, etc.)

Victim Level of Injury: ☐ Dead ☐ Seriously Physically Injured ☑ Physically Injured ☐ Not Injured ☐ Unknown | Injury Type: ☐ Apparent Broken Bone ☐ Possible Internal Injury ☐ Severe Laceration ☐ Loss of Teeth ☐ Other Major Injury ☑ Apparent Minor Injury ☐ Unknown | Medical Treatment: ☑ Hospitalized ☐ Treated and Released from ER ☐ Refused Treatment ☑ Treated at Scene ☐ Not Applicable ☐ Unknown

Victim Was: ☐ Shot ☐ Slashed ☐ Stabbed | Actions Of Victim Prior To Incident (Be Specific) errands

Victim Of Similar Incident (EXCEPT SEX OFFENSE) ☐ Yes ☑ No | If Yes, When And Where

Is Victim Fearful for Their Safety/Life? ☑ Yes ☐ No | Escalating Violence/Abuse by Suspect/Arrestee? ☑ Yes ☐ No | Were Prior DIRs Prepared for Victim? ☐ Yes ☑ No

Will View Photo ☑ Yes ☐ No | Will Prosecute ☑ Yes ☐ No | Victim/Relative Notified Of Crime Victim Comp. Law ☐ Yes ☑ No

**LAW ENFORCEMENT VICTIM ONLY**

Is Victim an NYPD MOS ☐ Yes ☐ No | Tax Reg. No. | Other MOS Agency:

Type of Officer Activity/Circumstances:
☐ Resp. to Crime in Progress ☐ Attempting to Arrest ☐ Invest. Suspicious Circum. ☐ Traffic Stop
☐ Burglary in Progress ☐ Civil Disorder (Riot, Violent Protest) ☐ Ambush ☐ Other ____
☐ Robbery in Progress ☐ Handling of Prisoner ☐ Handling of EDP

Officer Assignment Type:
☐ Two-Officer Vehicle ☐ One-Officer Vehicle (Alone) ☐ One-Officer Vehicle (Assisted) ☐ Detective/Special Assignment (Alone) ☐ Detective/Special Assignment (Assisted) ☐ Other (Alone) ☐ Other (Assisted)

Reporter/Witness # ____ of ____ | ☐ Reporter ☐ Witness

Last Name | First | M.I. | Is This Person Not Proficient in English? ☐ Yes ☐ No | If Yes, Indicate Language

SAA

DANY 012

Nickname/Alias/Maiden Name | Sex ☐ Male | Date Of Birth | Age | Race: ☐ White ☐ Black