Application GRANTED. The initial pretrial conference scheduled for September 18, 2026 is adjourned to **October 19, 2026** at **11:00 a.m**.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: September 14, 2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

September 10, 2026

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:* Valentino v. City Of New York et al. No. 26-CV-910 (JHR)

Dear Judge Rearden:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York representing defendants City of New York, Daniel Balsdon, and Norman Ortega in the above-referenced matter. Defendants respectfully write, to respectfully request a one month adjournment of the initial conference currently scheduled for September 18, 2026. This is the first such request for an adjournment and plaintiff consents.

Plaintiff brings this lawsuit alleging, *inter alia*, false arrest and malicious prosecution relating to her arrest on or about April 15, 2024. *See* ECF No. 1. The parties have conferred and had productive conversations regarding the case and settlement. Presently the parties believe that they may be able to resolve this case after exchanging some discovery and without the Court needing to set a schedule. Additionally, the undersigned will be away on previously scheduled leave next week, and so will be unable to attend the conference. The parties respectfully submit that one month would allow for productive discussions in this matter, and put the parties in a position to raise any issues with the Court at that time.

Accordingly, defendants respectfully request a one month adjournment of the conference scheduled for September 18, 2026, to a date and time convenient to the court.

Thank you for your consideration herein.

Respectfully submitted,

__/s/Randy Nandlall__
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Michael Palillo
*Attorney for Plaintiff*